IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HENRY DIAZ**                                                                                          **PLAINTIFF**

v.                                        No. 3:23-cv-208-DPM

**ERIC MOORE,**
**Harrisburg Police**                                                                              **DEFENDANT**

## ORDER

1. Unopposed motion to compel, *Doc. 22*, granted as modified. Diaz must respond to Moore's interrogatories and requests for production by 11 October 2024 or the Court will consider sanctions for noncooperation in discovery. Dispositive motions now due by 25 October 2024.

2. Moore's motion to dismiss Diaz's case for failure to prosecute, *Doc. 23*, is denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 September 2024