# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**HENRY DIAZ**                                                    **PLAINTIFF**

**v.**                          **No. 3:23-cv-208-DPM**

**ERIC MOORE,**
**Harrisburg Police**                                         **DEFENDANT**

## ORDER

Moore's embedded motion to dismiss Diaz's case, *Doc. 29*, is granted.  No one has heard from Diaz since he notified the Court of his new address in June 2024.  His responses to Moore's interrogatories and requests for production—which were re-sent to his new address in July 2024—are long overdue.  *Doc. 22-3.*  The Court recently extended the dispositive motions deadline a second time and directed Diaz to respond to Moore's discovery requests by 11 October 2024.  *Doc. 26.* He hasn't;  and his mail is now being returned as undeliverable. Diaz's case is therefore dismissed without prejudice for failure to prosecute.  Fed. R. Civ. P. 41(b);  Local Rule 5.5(c).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 October 2024