# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**HENRY DIAZ**                                                                 **PLAINTIFF**

v.                                  No. 3:23-cv-208-DPM

**ERIC MOORE,**
**Harrisburg Police**                                                          **DEFENDANT**

## JUDGMENT

Diaz's amended complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 October 2024