# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**HENRY DIAZ**                                                                         **PLAINTIFF**

**v.**                            **No. 3:23-cv-208-DPM**

**ERIC MOORE,**
**Harrisburg Police**                                          **DEFENDANT**

## ORDER

Motion, *Doc. 34*, mostly denied but partly granted. The Court dismissed Diaz's case without prejudice in October 2024 based on his failure to prosecute. *Doc. 30 & Doc. 31*. No appeal was taken. This case is now closed. If Diaz still wishes to press his claims against Moore, he must bring a new lawsuit.

His request for an appointed attorney is therefore denied as moot. His request for copies is granted as modified. The Court directs the Clerk to send Diaz a copy of *Doc. 21*, *Doc. 26*, *Doc. 30*, *Doc. 31*, this Order, and the docket sheet. The copies must be sent to his new address: 703 N. Thompson St., Springdale, AR 72764.

So Ordered.

                                       _____
                                       D.P. Marshall Jr.
                                       United States District Judge

                                       21 January 2025